### 101.  GREEN *v.* WRIGHT.

POWELL, J. The verdict was not contrary to the evidence. The requests to charge, so far as pertinent and adjusted to the issues, were covered by the general charge; and there was no error in refusing to give in charge the requests which were not pertinent and adjusted to the issues.

*Judgment affirmed.*

Action for damages, from city court of Floyd county—Judge Hamilton. January 30, 1906.

Submitted February 11,—Decided February 13, 1907.

*F. W. Copeland,* for plaintiff in error. *Barry Wright,* contra.